David R. Wright (UT Bar No. 05164)
  *dwright@mabr.com*
Sterling A. Brennan (UT Bar No. 10060)
  *sbrennan@mabr.com*
Kirk R. Harris (UT Bar No. 10221)
  *kharris@mabr.com*
Michael A. Manookin (UT Bar No. 15667)
  *mmanookin@mabr.com*
MASCHOFF BRENNAN
    GILMORE ISRAELSEN & WRIGHT, PLLC
111 South Main Street, Suite 600
Salt Lake City, Utah 84111
Telephone: (801) 297-1850
Facsimile: (435) 252-1361

Attorneys for Plaintiff VIVINT, INC.

**IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| VIVINT, INC., a Utah corporation,<br><br>            Plaintiff,<br><br>v.<br><br>ADT, LLC OF DELAWARE d/b/a ADT Security Services, a Delaware limited liability company,<br><br>            Defendant. | Civil No. 2:21-cv-00115-JNP-DBP<br><br>**PLAINTIFF VIVINT, INC.'S NOTICE OF ACKNOWLEDGEMENT OF STANDING ORDER (ECF 23)**<br><br>District Judge Jill N. Parrish<br><br>Magistrate Judge Dustin B. Pead |

Counsel for plaintiff Vivint, Inc. has received and carefully read the Court's Standing Order in Civil Cases (ECF 23). Counsel for Vivint will comply with the Order.

|  |  |
|---|---|
| | Respectfully submitted, |
| Dated: May 7, 2021 | /s/ *Michael A. Manookin* |
| | David R. Wright |
| | Sterling A. Brennan |
| | Kirk R. Harris |
| | Michael A. Manookin |
| | MASCHOFF BRENNAN |
| |   GILMORE ISRAELSEN & WRIGHT, PLLC |
| | Attorneys for Plaintiff VIVINT, INC. |